```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv2136 (DLC)
SHOUDIAN QIU,                            :
                                         :         ORDER
                          Petitioner,    :
            -v-                          :
                                         :
ALEJANDRO MAYORKAS, et al.,              :
                                         :
                          Respondents.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 15, 2022, the petitioner filed the above captioned action in this Court.  Ninety days have elapsed.  No affidavit of service has been filed, and the respondents have not noticed appearances in this case.  Pursuant to the telephonic initial pretrial conference held on June 15, and with consent of the petitioner, it is hereby

ORDERED that the case is dismissed.  The Clerk of Court shall close the case.

Dated:   New York, New York
         June 15, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge